**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

___

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 97-CR-81493-BC

ALAN MIKELL and CHRISTOPHER GRISEL,

    Defendants.
_____/

### ORDER STRIKING DEFENDANT MIKELL'S JUNE 29, 2006 "SECOND SUPPLEMENTAL MEMORANDUM . . ."

On June 19, 2006, the court issued an order setting deadlines to object to the pre-sentence investigation report and to file pre-sentence briefs. As detailed in the June 19, 2006 order, and as provided by the local rules, "objections and responses shall be sent directly to the probation officer, not filed on this court's docket." (*See* 6/19/06 Order at 1; *see also* E.D. Mich. LCrR 32.1(b).) Despite this instruction, Defendant Mikell filed his June 29, 2006 objection, entitled "Defendant Mikell's Second Supplemental Memorandum in Support of Objections to Guideline Applications in the Presentence Investigation Report Prepared July 19, 1999," directly on the court's docket. Inasmuch as Defendant Mikell's filing is in contravention of this court's order, as well as the local rules, the court will strike the filing from the docket. This order, however, shall not be interpreted as instructing the probation officer not to review Defendant Mikell's objections. If the probation officer has not been served with Defendant's objections, Defendant Mikell shall serve him within the next seven days.

Accordingly, IT IS ORDERED that Defendant Mikell's June 29, 2006 "Second Supplemental Memorandum . . ." [Dkt. # 431] is hereby STRICKEN from the docket of this court.

S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 11, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 11, 2006, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522