UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    PLAINTIFF,                       CRIMINAL NO. 2:97-CR-81493
                                          HON. ROBERT H. CLELAND

v.

D-1    ALAN MIKELL,

    DEFENDANT.

| AUSA James Brunson  (P28403) | Harold Gurewitz  (P14468) |
|---|---|
| United States Attorney's Office | Gurewitz & Raben, PLC |
| 101 First Street, Suite 200 | Attorney for Defendant Alan Mikell |
| Bay City, MI 48708 | 333 W. Fort Street, #1100 |
| (517) 895-5712 | Detroit, MI 48226 |
|  | (313)628-4733 |
|  | (313) 628-4701 Fax |

### ORDER GRANTING DEFENDANT'S MOTION TO PERMIT TRAVEL

Counsel for Defendant Alan Mikell has submitted a request that Mr. Mikell be permitted to travel to and from Tulsa, Oklahoma to Mexico during the time period of January 18-21, 2009, to attend a business function at the request of Mr. Mikell's employer.

IT IS HEREBY ORDERED that Defendant Alan Mikell is HEREBY PERMITTED TO TRAVEL TO/FROM MEXICO DURING THE TIME PERIOD OF JANUARY 18-21, 2009.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated:  January 9, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 9, 2009, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner
                                                     Case Manager and Deputy Clerk
                                                     (313) 234-552